An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

KEVIN L. GRAY, SR.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61542

**FILED**

APR 1 0 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



### ORDER OF AFFIRMANCE

This is a proper person appeal from an order of the district court denying a motion to correct an illegal sentence.[1] Eighth Judicial District Court, Clark County; Valorie J. Vega, Judge.

In his motion filed on May 21, 2012, appellant claimed that the district court did not make proper findings and abused its discretion when adjudicating him a habitual criminal. Appellant also claimed his trial counsel was ineffective for failing to challenge the habitual criminal adjudication. Appellant failed to demonstrate that his sentence was facially illegal or that the district court lacked jurisdiction. See Edwards v. State, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996). We therefore conclude that the district court did not err in denying appellant's motion. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. See Luckett v. Warden, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-10590

cc:    Hon. Valorie J. Vega, District Judge
        Kevin L. Gray, Sr.
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk